# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>T. P. & E., INC., a California Corporation; and Does 1-10,<br><br>Defendants. | **Case: No:** 5:17-CV-01878-EJD<br><br>[proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including January 31, 2018.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: November 16, 2017

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE